Guillermo A. Escobedo (SBN 201698)
**JACKSON LEWIS P.C.**
225 Broadway, Suite 2000
San Diego, California 92101
Telephone:   (619) 573-4900
Facsimile:   (619) 573-4901
E-mail:        guillermo.escobedo@jacksonlewis.com

Theresa M. Marchlewski (SBN 82429)
Ellen E. Cohen (SBN 258131)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone:   (213) 689-0404
Facsimile:   (213) 689-0430
E-mail:        theresa.marchlewski@jacksonlewis.com
E-mail:        ellen.cohen@jacksonlewis.com

Attorneys for Defendants
MOSES GARCIA and SMART
AND FINAL STORES LLC
(erroneously sued as SMART AND FINAL STORES extra)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN GONZALES,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOSES GARCIA AND SMART AND FINAL extra,<br><br>          Defendants. | CASE NO.:  **'18 CV 1830 MMA NLS**<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE  SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1331, 1332 1441(a) [FEDERAL QUESTION]**<br><br>[Filed concurrently with Declaration of Guillermo Escobedo, Declaration of Moses Garcia, Notice of Interested Parties, Civil Case Cover Sheet, and Proof of Service]] |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

1.    **PLEASE TAKE NOTICE** that Defendants Smart and Final Stores LLC (erroneously sued as Smart and Final extra) ("Defendant Smart and Final") and Moses Garcia ("Defendant Garcia") hereby invoke this Court's jurisdiction under the provisions

1

of 28 U.S.C. §§ 1331, 1332 and 1441(a) and remove the above-entitled action to this Court from the Superior Court of the State of California in and for the County of San Diego.

2.     On May 22, 2018, Plaintiff Julian Gonzales ("Plaintiff") filed a civil complaint against Defendants in the Superior Court of the State of California in and for the County of San Diego entitled *Julian Gonzales vs. Moses Garcia and Smart and Final, extra*, Case No. 37-2018-00025171-CU-CR-CTL which sets forth the following alleging violation of The Civil Rights Act of 1964 Title7, Assembly Bill 2053 and civil negligence ("Complaint").

3.     Defendant Smart and Final first received Plaintiff's Summons and Complaint and related court documents on July 17, 2018. A copy of the Summons, Complaint and other related court documents received by Defendant Smart and Final is attached as **Exhibit "A."**

4.     Defendant Moses Garcia was served with Plaintiff's Summons and Complaint and related court documents on July 18, 2018.

5.     Defendant is informed and believe that the aforementioned documents and exhibits constitute all of the process, pleadings, and orders on file in the State Court action.

6.     This Notice of Removal has been filed within thirty (30) days after Defendants were deemed properly served with a copy of the Complaint upon which this action is based. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.* (1999) 526 U.S. 344, 353 (service of process is the official trigger for responsive action by a named defendant). This Notice of Removal therefore is filed within the time period provided by 28 U.S.C. section 1446(b).

7.     In accordance with 28 U.S.C. §1446(d), the undersigned counsel certifies a copy of this Notice of Removal and all supporting pleadings promptly will be served on Plaintiff's counsel and filed with the Clerk of the San Diego County Superior Court. Therefore, all procedural requirements under 28 U.S.C. §1446 will be satisfied.

2

## FEDERAL QUESTION JURISDICTION

8. "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction . . . may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

9. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 because it involves alleged violations of the laws of the United States. Specifically, Plaintiff's sixth cause of action alleges Defendants violated the Civil Rights Act of 1964 Title 7, 42 U.S.C. §2000e et. seq. (1964). [*See* Complaint, page 1, lines 11-16; page 4, lines 27 – page 5, line 1] Because Plaintiff alleges violations of the Civil Rights Act of 1964 Title 7 on the face of his Complaint, and because the Civil Rights Act of 1964 Title 7 is a federal law, Plaintiff's Complaint presents a "federal question." *See Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc.*, 535 U.S. 826, 830 (2002) (whether a case "arises under" federal law for original jurisdiction purposes is tested by the "well-pleaded complaint" rule which requires federal courts to consider only what necessarily appears in plaintiff's statement of his claim). *See also Rivet v. Regions Bank of Louisiana*, 522 U.S. 470, 475 (1998) (whether the claim "arises under" federal law for removal purposes is determined by the same "well-pleaded complaint rule" that determines original federal question jurisdiction). Accordingly, this is an action of a civil nature in which the district courts of the United States have been conferred original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

10. Additionally, this Court has supplemental jurisdiction over the remaining claims and issues alleged in the Complaint, including Plaintiff's claim for violation of Assembly Bill 2053 and Civil Negligence, as they all arise from Plaintiff's alleged employment with Defendant(s) and are all transactionally related.

11. Each of Plaintiff's claims arises from the same set or transactions or occurrences, and would ordinarily be expected to be tried in a single judicial proceeding.

///

3

CASE NO.:                                                          NOTICE OF REMOVAL

## VENUE

12.   For the purposes of removal only, venue lies in the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1441(a) and 1332(a) because the state action was filed in this district and this is the judicial district in which the Action was initially pled.

## NOTICE TO COURT AND PARTIES

13.   Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of California, written notice of the removal will be given by the undersigned to counsel for Plaintiff and a copy of this Notice of Removal will be filed with the Clerk of the Superior Court for the State of California, County of San Diego.

WHEREFORE, for the foregoing reasons, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. §§ 1331 and 1332(a) and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441.   Accordingly, Defendants respectfully requests this action proceed in this Court.

Respectfully submitted,

DATED:  August 16, 2018      JACKSON LEWIS LLP


By:   s/ *Guillermo Escobedo*
        Guillermo Escobedo
        Theresa M. Marchlewski
        Ellen E. Cohen

        Attorneys for Defendants
        MOSES GARCIA and SMART
        AND FINAL STORES LLC (erroneously sued as
        SMART AND FINAL extra)

4831-1627-4544, v. 1

4

CASE NO.:                                                      NOTICE OF REMOVAL

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

JULIAN GONZALES

**DEFENDANTS**

MOSES GARCIA and SMART AND FINAL extra

**(b)** County of Residence of First Listed Plaintiff    San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Julian Gonzales, in Pro Per
6829 Parkside Avenue, San Diego, CA 92139
Tel: 619-745-7009

Attorneys *(If Known)*
Guillermo Escobedo (SBN 201698), Theresa M. Marchlewski (SBN82429), Ellen E. Cohen (SBN 258131); Jackson Lewis P.C., 725 S. Figueroa Street, #2500, Los Angeles, CA 90017; (213) 689-0404

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | | | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Violation of Civil Rights Act

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

**VIII. RELATED CASE(S) IF ANY**    *(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
08/16/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____