**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN GONZALES,<br><br>          Plaintiff,<br><br>v.<br><br>GARCIA, et al.,<br><br>          Defendants. | Case No.: 18cv1830-MMA (NLS)<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS**<br><br>[Doc. No. 5] |

  Plaintiff Julian Gonzales, proceeding *pro se*, initiated this civil rights action in state court against Defendants Moses Garcia and Smart and Final Stores, LLC. Defendants timely removed the action to this Court and now move to dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Doc. No. 5. The motion was previously set for hearing on October 1, 2018. As such, Plaintiff's response in opposition to the motion was due on or before September 17, 2018. *See* SD CivLR 7.1.e.2. To date, Plaintiff has not submitted an opposition brief, nor has he requested an extension of time in which to do so.

  As set forth in this District's Civil Local Rules, "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." SD CivLR 7.1.f.3.c. The Ninth Circuit has held a district court may properly grant an unopposed

1

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN GONZALES,<br><br>          Plaintiff,<br><br>v.<br><br>GARCIA, et al.,<br><br>          Defendants. | Case No.: 18cv1830-MMA (NLS)<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS**<br><br>[Doc. No. 5] |

  Plaintiff Julian Gonzales, proceeding *pro se*, initiated this civil rights action in state court against Defendants Moses Garcia and Smart and Final Stores, LLC. Defendants timely removed the action to this Court and now move to dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Doc. No. 5. The motion was previously set for hearing on October 1, 2018. As such, Plaintiff's response in opposition to the motion was due on or before September 17, 2018. *See* SD CivLR 7.1.e.2. To date, Plaintiff has not submitted an opposition brief, nor has he requested an extension of time in which to do so.

  As set forth in this District's Civil Local Rules, "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." SD CivLR 7.1.f.3.c. The Ninth Circuit has held a district court may properly grant an unopposed

motion to dismiss pursuant to a local rule where the local rule permits, but does not require, the granting of a motion for failure to respond. *See generally Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). As such, the Court has the option of granting Defendants' motion on the basis of Plaintiff's failure to respond, and it chooses to do so.

Accordingly, the Court **GRANTS** Defendants' motion and **DISMISSES** this action in its entirety without prejudice. The Clerk of Court is instructed to enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED**.

DATE: October 10, 2018

HON. MICHAEL M. ANELLO
United States District Judge