

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Julian Gonzales

Plaintiff,

V.

Moses Garcia; Smart and Final extra

Defendant.

Civil Action No. 18cv1830-MMA(NLS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion and dismisses this action in its entirety without prejudice.

Date: 10/10/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman

R. Chapman, Deputy